B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Skibbe, Dwayne** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Skibbe, Deborah** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3922** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5553** |
| Street Address of Debtor (No. and Street, City, and State):<br>**11 Oxford Court**<br>**South Elgin, IL**    ZIP Code **60177** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**11 Oxford Court**<br>**South Elgin, IL**    ZIP Code **60177** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Skibbe, Dwayne**<br>**Skibbe, Deborah** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location<br>Where Filed: **Northern District of Illinois Eastern Division** | Case Number:<br>**09-21040** | Date Filed:<br>**6/10/09** |
| Location<br>Where Filed: **Northern District of Illinois Eastern Division** | Case Number:<br>**06-10222** | Date Filed:<br>**8/21/06** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ James A. Young**       **December 31, 2010**<br>Signature of Attorney for Debtor(s)       (Date)<br>**James A. Young 6217342** |

| **Exhibit C** |
| --- |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
| --- |
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
| --- |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
| --- |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                   Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Skibbe, Dwayne** <br> **Skibbe, Deborah** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Dwayne Skibbe**
Signature of Debtor  **Dwayne Skibbe**

**X  /s/ Deborah Skibbe**
Signature of Joint Debtor  **Deborah Skibbe**

_____
Telephone Number (If not represented by attorney)

**December 31, 2010**
Date

### Signature of Attorney*

**X  /s/ James A. Young**
Signature of Attorney for Debtor(s)
   **James A. Young 6217342**
Printed Name of Attorney for Debtor(s)
   **James A. Young**
Firm Name
   **James A. Young & Associates, Ltd.**
   **47 DuPage Court**
   **Elgin, IL 60120**
Address

   **(847) 608-9526  Fax: (847) 695-3494**
Telephone Number
   **December 31, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dwayne Skibbe**
       **Deborah Skibbe**
                                           Debtor(s)

Case No. _____

Chapter  **13**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Dwayne Skibbe**
**Dwayne Skibbe**

Date: **December 31, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dwayne Skibbe**
       **Deborah Skibbe**
       _____
                       Debtor(s)

Case No. _____

Chapter  **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Deborah Skibbe**
                       **Deborah Skibbe**

Date:   **December 31, 2010**

500 Fast Cash
500 G SE
Miami, OK 74354


500 Fast Cash
PO BOX 111
Miami, OK 74355


AAA Payday Advance
456 W Butterfield Road
Springfield, MO 65807


Abc Credit & Recovery
4736 Main St Ste 4
Lisle, IL 60532


Abc Credit & Recovery
4736 Main St Ste 4
Lisle, IL 60532


ACE Cash Advance
1145 W. Spring St.
#T4
South Elgin, IL 60177


Admerex Solutions, Inc.
P.O. Box 1836
Duluth, GA 30096


Aero Advance
c/o Allen, Lewis & Assoc.
4040 Woodcock Drive #132
Jacksonville, FL 32207


Alexian Bros. Hos. Network
3040 Salt Creek Lane
Arlington Heights, IL 60005


AllianceOne
1160 Centre Pointe Dr.
Suite 1
Mendota Heights, MN 55120

Amerian Express
P.O. Box 981537
El Paso, TX 79998

American Debt
P.O. Box 608
Oxford, MS 38655

American Express
Bankruptcy Department
PO BOX 297871
Fort Lauderdale, FL 33329

American Express
c/o Becket and Lee
PO BOX 3001
Malvern, PA 19355

Ameriloan
P.O. Box 360001
Fort Lauderdale, FL 33336

Apple Auto Cash Express, Inc
c/o FJR Asset Management
2855 Mangum Rd., Suite A100
Houston, TX 77092

ASG
205 Bryan Woods South
Buffalo, NY 14228

Aspire Visa
P.O Box 105555
Atlanta, GA 30348

Asset Acceptance, LLC
Assignee of MICHON
PO BOX 2036
Warren, MI 48090

Best Buy/HRS
PO Box 17298
Baltimore, MD 21297

```
Best Buy/HRS
P.O. Box 17298
Baltimore, MD 21297


Capital Management Services, Inc.
726 Exchange Street #700
Buffalo, NY 14210


Capital One, N.a.
Bankruptcy Dept
Po Box 5155
Norcross, GA 30091


Capital One, N.a.
Bankruptcy Dept
Po Box 5155
Norcross, GA 30091


Capital One, N.a.
Bankruptcy Dept
Po Box 5155
Norcross, GA 30091


Cash Net USA
P.O. Box 547
Lake Bluff, IL 60044


CB USA Sears
8725 W. Sahara Ave.
The Lakes, NV 89163


CB USA Sears
c/o B-Line, LLC
2101 4th Ave., #1030


Chase
800 Brooksedge Blvd.
Westerville, OH 43081


Chase
c/o B. Real LLC
2101 4th Ave., #1030
Seattle, WA 98121
```

```
Check N Go of Illinois
945 McLean Blvd.
Elgin, IL 60123


Citi
c/o LVNV Funding
P.O. Box 10497
Greenville, SC 29603


Citi Financial Mortgage
Attention:  Bankruptcy Department
Po Box 140069
Irving, TX 75014


Citi Financial Mortgage
Attention:  Bankruptcy Department
Po Box 140069
Irving, TX 75014


Citibank
P.O. Box 6003
Hagerstown, MD 21747


CitiCard
P.O. Box 6241
Sioux Falls, SD 57117


Citifinancial Retail Services
Citifinancial/Attn: Bankruptcy Dept
Po Box 140489
Irving, TX 75014


Citifinancial Retail Services
Citifinancial/Attn: Bankruptcy Dept
Po Box 140489
Irving, TX 75014


Credit Management
4200 International Pwy
Carrolton, TX 75007


Creditors Collection B
755 Almar Pkwy
Bourbonnais, IL 60914
```

```
Dell Financial Services
c/o DFS Customer Serv.
P.O. Box 81577
Austin, TX 78708


Diamond Creek/XPress Cash
P.O. Box 26413
Kansas City, MO 64196


Discover
c/o Baker, Miller, et al
29 N Wacker Dr 5th Floor
Chicago, IL 60606


Discover
12 Reads Way
New Castle, DE 19720


EMCC, Inc.
c/o Weltman, Winberg, et al
10 S LaSalle St Suite 900
Chicago, IL 60603


Empire Carpet
GE Consumer Finance
P.O. Box 960061
Orlando, FL 32896


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


Fleet Credit Card
55 Challenger Road
Ridgefield Park, NJ 07660


GE Money Bank
Attn: Bankruptcy Dept
PO BOX 103104
Roswell, GA 30076


GEMB / HH Gregg
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076
```

Global Payday Loan
c/o Certified Recovery Systems
6161 Savory, Suite 600
Houston, TX 77036


H&f Law
33 N Lasalle
Chicago, IL 60602


Harrah's Casino
c/o TRS Recovery Services
P.O. Box 60012
City of Industry, CA 91716


Harris & Harris Ltd
222 Merchandise Mart Plz
Chicago, IL 60654


HFC
961 Weigel Drive
Elmhurst, IL 60126


HFC
U.S. Consumer Finance/HSBC Group
841 Seahawk Circle
Virginia Beach, VA 23452-7809


Hfc - Usa
Po Box 3425
Buffalo, NY 14240


HSBC
P.O. Box 10490
Virginia Beach, VA 23450


HSBC
c/o ECast Settlement Corp.
PO Box 35480
Newark, NJ 07193


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

Internal Revenue Service


Internal Revenue Service
Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604


JB Robinson
375 Ghent Road
Akron, OH 44333


JC Penney
P.O. Box 984100
El Paso, TX 79998


JC Penney
c/o ECast Settlement
PO Box 35480
Newark, NJ 07193


Jefferson Capital Systems
PO Box 23051
Columbus, GA 31902


Kane County States Attorney
PO BOX 35
South Elgin, IL 60177


Keynote Consulting
220 W Campus Dr Ste 102
Arlington Heights, IL 60004


Law Offices of Mitchell N. Kay, P.C
PO BOX 2374
Chicago, IL 60690


Lou Harris Company
613 Academy Dr
Northbrook, IL 60062


Magnum Funding Inc
National Service Bureau
18820 Aurora Ave Suite 205
Seattle, WA 98133

```
MEA Medical Care Center
Dept 4043
PO Box 3594
Hinsdale, IL 60522


Merchants Credit Guide
223 W Jackson St
Chicago, IL 60606


Midwest Emergency Asoc. Medical
c/o Pelletteri & Assoc.
991 Oak Creek Drive
Lombard, IL 60148


National Credit Adjusters
c/o Typana
PO Box 5305
Glen Allen, VA 23058


National Service Bureau, Inc.
18820 Aurora Ave, N. Suite 205
Seattle, WA 98133


Net Click Cash
52946 HIghway 12 Suite 3
Niobrara, NE 68760


Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


Platinum B Services
Accounts Receivable
One Woodbridge Center #410
Woodbridge, NJ 07095


Premier Bankcard
Premier/CSI-Dept SPDR
PO Box 2208
Vacaville, CA 95696


Processing Solutions
A.C.A. Recover
8 E. Ridgwood Ave, Suite 395
Ridgewood, NJ 07450
```

Providian
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Quikpayday.com
87 E 1400 North
Logan, UT 84341


RAB Inc
7000 Goodlett Farms Pkwy
Cordova, TN 38016-4916


Rdk Collection Service
1441 E Maple Rd
Troy, MI 48083


Redline Recovery Services, LLC
11675 Rainwater Drive, Ste. 350
Alpharetta, GA 30009-8693


Richard Boudreau & Associates
5 Industrial Way
Salem, NH 03079


Santander Consumer Usa
8585 N Stemmons Fwy Ste 1100-N
Dallas, TX 75247


Sears
c/o Richard J. Boudreau
5 Industrial Way
Salem, NH 03079


Short Term Loans
1400 E. Touhy Ave.
Suite 108
Des Plaines, IL 60018


Silverleaf Resorts, Inc.
1221 Riverbend Ste. 120
Dallas, TX 75247

```
Sonic Payday Loan
PO BOX 1216
Oaks, PA 19456


Target National Bank
PO Box 59317
Minneapolis, MN 55459


Target National Bank
c/o Weinstein & Riley
2101 4th Ave. Suite #900
Seattle, WA 98121


The Cash Store
330 Georgetown Square #104
Wood Dale, IL 60191


US Fast Cash
3531 P Street NW
PO Box 111
Miami, OK 74355
```